UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| JOSE PENALOZA-PARAMO,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>Defendant. | Case No. 4:15-cv-00501-BLW<br>Criminal No. 4:10-cr-00073-BLW<br><br>ORDER |

**IT IS ORDERED:**

1. Petitioner's Motion (Dkt. 14) is **GRANTED**. To the degree Petitioner failed to receive any motions or orders on extensions in this case, the Court will ensure that it not happen again. However, the petition is now fully briefed and before the Court, and no further extensions are necessary. The Court will address the petition in a forthcoming order.

DATED: January 8, 2018

B. Lynn Winmill
Chief Judge
United States District Court

ORDER - 1